B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                          Case No. 10-22313-REB

Lynn, James M. Jr. & Lynn, Tonya R.                                            Chapter 7
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 29,190.63 | 2010; approximate gross income (husband) |
| 6,000.00 | 2010; approximate gross income (wife) |
| 8,500.00 | 2009; approximate gross income (husband) |
| 10,800.00 | 2009; approximate gross income (wife) |
| 22,000.00 | 2008; approximate gross income (husband) |
| 0.00 | 2008; approximate gross income (wife) |

**2. Income other than from employment or operation of business**

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ford Motor Credit Corporation<br>National Bankruptcy Center<br>PO Box 6275<br>Dearborn, MI 48121-6275 | on about 4/15/2010 | 705.00 | 6,800.00 |

None ☑    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑    *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| City Elictric Supply Co vs JT Lighting & Electrical Distributors, Inc and James M. Lynn A/K/A Jim Lynn 09CV146-B | Suit on Account | Superior Court of Barrow County, Winder GA | Consent Order |
| FFVA Mutual Insurance Co vs J.E.C INC D/B/A Jims Electrical 08CV-3312B | Suit on Account | Superior Court of Barrow County, Winder GA | Judgment |
| Harbin Lumber Company, Inc vs J.E.C., Inc James M Lynn, Jr and Tonya R. Lynn 08CV-3119-B | Suit on Account | Superior Court of Barrow County, Winder, GA | Judgment |
| Harbin Lumber Company, Inc vs J.E.C., Inc and James M. Lynn, Jr vs Community Bank and Trust 09CV-1653-B | Garnishment | Superior Court of Barrow County, Winder, GA | Garnishment Action |
| Devore & Johnson, Inc and Devore & Johnson Electricial Supply, Inc vs James M. Lynn, Jr Community Bank & Trust The Peoples Bank 10CV-1075-B | Garnishment | Superior Court of Barrow County, Winder, GA | Garnishment Action |
| Devore & Johnson, Inc and Devore & Johnson Electricial Suppy, Inc vs J.E.C, Inc Community Bank & Trust The Peoples Bank 10CV-1074-B | Garnishment | Superior Court of Barrow County, Winder, GA | Garnishment action |
| Devore & Johnson, Inc and Devore & Johnson Electricial Suppy, Inc vs J.E.C, Inc and James M. Lynn, Jr 09CV-1853-B | Complaint on an Open Account | Superior Court of Barrow County, Winder, GA | Judgment |
| City Plumbing & Electric Supply vs James " Jim" Lynn, Jr DBA Jim's | Suit on Account | Magistrate Court of Barrow County, Winder, GA | Judgment |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Electrical  2009-MV-2439

| Dalton Carpet One vs James Morris Lynn, Jr  2009-MV-2603 | Suit on Account | Magistrate Court of Barrow County, Winder, GA | Judgment |
| Harbin Lumber Company, Inc vs J.E.C, Inc.; James M. Lynn, Jr.; and Tonya R. Lynn Community Bank & Trust  09-CV-3611-B | Garnishment | Superior Court of Barrow County, Winder, GA | Garnishment Action |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| Harbin Lumber Comapny, Inc. 1508 Highway 29 N Athens, GA  30601-1134 | on about May 29, 2009 | approximately $600.00 was seized from debtor's checking account |
| Community Bank & Trust PO Box 1900 Cornelia, GA  30531-7900 | on about May 29, 2009 | approximately $7,000.00 was seized from debtor's checking account |

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| Ford Motor Credit Corporation National Bankruptcy Center PO Box 6275 Dearborn, MI  48121-6275 | on 5/27/2010 | 2006 Ford Expedition SUV, valued at approximately $12,500.00 |

Vehicle was repossessed illegally from the debtor after filing for bankruptcy relief on May 20, 2010.

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| Athens Consumer Law  Center, Inc., Barry Gordon Irwin | On 8/31/2009 & 4/30/2010 | 1,800.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

PO Box 80506
Athens, GA  30608-0506

Includes payment for credit report ($50.00), credit counseling course ($49.00), court costs ($299.00), attorney fees($1,402.00).

**10. Other transfers**

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Mr. Juan Camilo Martinez<br>3572 High Green Dr<br>Marietta, GA  30068-2526<br>none | on about June 29, 2008 | single family dwelling located at 157 Foreman Dr, Athens, Clarke County, GA  valued received $127,267.00 |
| Mr. and Mrs. Billy Joe Thompson<br>151 Foreman Dr<br>Athens, GA  30605-4291<br>none | on about July 31, 2008 | single family dwelling located at 151 Foreman Dr, Athens, Clarke County, GA  valued received $127,000.00 |
| Mr. Chad Lee<br>2125 Pleasant Hill Church Rd<br>Winder, GA  30680<br>third cousin | on about February 28, 2010 | 2002 Ford Super Duty truck value received $9,500.00 |

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Peoples Bank<br>71 N Broad St<br>Winder, GA  30680-1907 | personal checking account; account no. unknown | Closed by the bank on about September 15, 2009, with a negative balance. |
| Community Bank & Trust<br>PO Box 1900<br>Cornelia, GA  30531-7900 | personal checking, account no. unknown | closed on about 12/1/2009 by the bank with a zero balance |
| Community Bank & Trust<br>PO Box 1900<br>Cornelia, GA  30531-7900 | business checking; account no. unknown | closed on about 12/1/2009 by the bank with a zero balance |
| Community Bank & Trust<br>PO Box 1900<br>Cornelia, GA  30531-7900 | business checking, accoutn no. unknown | closed on about 12/1/2009 by the bank with a zero balance |
| Community Bank & Trust<br>PO Box 1900<br>Cornelia, GA  30531-7900 | business checking; account no. unknown | closed on about 12/1/2009 by the bank with a zero balance |

**12. Safe deposit boxes**

None ☐  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| The Peoples Bank<br>71 N Broad St | none | box empty | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Winder, GA  30680-1907

---

**13. Setoffs**

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑    List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| J E C, Inc. | 58-2269523 | d/b/a Jim's Electrical PO Box 870 | construction | on about 1995 thru January 2009 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | Statham, GA  30666-0018 | | |
| JT Construction & Development, Inc. | 20-5232256 | PO Box 870<br>Statham, GA  30666-0018 | construction | on about January 2008 thru January 2009 |
| JT Lighting & Electrical Distributors | 20-3646125 | PO Box 870<br>Statham, GA  30666-0018 | construction | on about January 2008 thru January 2009 |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
Hubert A. Briscoe, CPA
Certified Public Accountant
PO Box 531
Winder, GA  30680-0531

DATES SERVICES RENDERED
approximately 2002 thru present date

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
Hubert A. Briscoe, CPA
Certified Public Accountant
PO Box 531
Winder, GA  30680-0531

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: June  3, 2010     Signature  */s/ James M. Lynn, Jr.*
         of Debtor                             James M. Lynn, Jr.

Date: June  3, 2010     Signature  */s/ Tonya R. Lynn*
         of Joint Debtor                       Tonya R. Lynn
         (if any)

_____0_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                  Case No. 10-22313-REB

Lynn, James M. Jr. & Lynn, Tonya R.                                     Chapter 7
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 679,000.00 | | |
| B - Personal Property | Yes | 3 | $ 25,981.14 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $ 1,169,134.52 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 1,250.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | $ 199,325.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 5,747.89 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 5,715.53 |
| TOTAL | | 39 | $ 704,981.14 | $ 1,369,710.33 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                    Case No. _10-22313-REB_

_Lynn, James M. Jr. & Lynn, Tonya R._____    Chapter _7_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____                                         _____
           Debtor(s)                                                          (If known)

## SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

<div style="writing-mode:vertical-rl">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1995 24' x 56' mobile home and approximately 2.5 acres of land located at 126 Thurmond Rd, Statham, Barrow County, GA | Fee Simple | J | 38,000.00 | 38,000.00 |
| approximately 24 acres of land; located at 177 Jefferson Rd, Statham, Barrow County, GA [adjacent to Debtors' current residence] | Fee Simple | J | 60,000.00 | 80,769.00 |
| single family dwelling (as shareholder) located at  23 Massey Rd, Hartwell, Hart County, GA  [THIS PROPERTY IS ACTUALLY TITLED IN THE NAME OF JT CONSTRUCTION & DEVELOPMENT, INC., BUT IS INCLUDED HERE IN THE INTEREST OF FULL DISCLOSURE IN THAT DEBTOR HUSBAND IS THE SOLE SHAREHOLDER OF THE CORPORATION]. | Fee Simple | J | 125,000.00 | 180,000.00 |
| single family dwelling (as shareholder) located at 1114 Yacht Club Rd, Hartwell, Hart County, GA  [THIS PROPERTY IS ACTUALLY TITLED IN THE NAME OF JT CONSTRUCTION & DEVELOPMENT, INC., BUT IS INCLUDED HERE IN THE INTEREST OF FULL DISCLOSURE IN THAT DEBTOR HUSBAND IS THE SOLE SHAREHOLDER OF THE CORPORATION]. | Fee Simple | J | 125,000.00 | 180,000.00 |
| single family dwelling (as shareholder) located at 153 Foreman Dr, Athens, Clarke County, GA  [THIS PROPERTY IS ACTUALLY TITLED IN THE NAME OF JEC, INC., BUT IS INCLUDED HERE IN THE INTEREST OF FULL DISCLOSURE IN THAT DEBTOR HUSBAND IS THE SOLE SHAREHOLDER OF THE CORPORATION]. | Fee Simple | J | 50,000.00 | 104,500.00 |
| single family dwelling (as shareholder) located at 155 Foreman Dr, Athens, Clarke County, GA  [THIS PROPERTY IS ACTUALLY TITLED IN THE NAME OF JEC, INC., BUT IS INCLUDED HERE IN THE INTEREST OF FULL DISCLOSURE IN THAT DEBTOR HUSBAND IS THE SOLE SHAREHOLDER OF THE CORPORATION]. | Fee Simple | J | 50,000.00 | 105,000.00 |
| single family dwelling (as shareholder) located at 413 Missi Lane, Winder, Barrow County, GA  [THIS PROPERTY IS ACTUALLY TITLED IN THE NAME OF JT CONSTRUCTION & DEVELOPMENT, INC., BUT IS INCLUDED HERE IN THE INTEREST OF FULL DISCLOSURE IN THAT DEBTOR HUSBAND IS THE SOLE SHAREHOLDER OF THE CORPORATION]. | Fee Simple | J | 30,000.00 | 90,000.00 |
| single family dwelling and approximately 5 acres of land located at 177 Jefferson Rd, Statham, Barrrow County, GA | Fee Simple | J | 200,000.00 | 273,437.00 |
| undeveloped lots given to Debtor numbers 2, 13, and 14 in Forest Hill Estates Subdivision, Dublin, located in Laurens County, GA (county shows a significantly higher value) | Fee Simple | J | 1,000.00 | 0.00 |
| | | **TOTAL** | 679,000.00 | |

<div style="text-align:right">(Report also on Summary of Schedules)</div>

B6B (Official Form 6B) (12/07)

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                                    Case No. 10-22313-REB
_____
                        Debtor(s)                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

  Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

  **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

  If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | cash on hand (husband) | H | 4.00 |
| | | cash on hand (wife) | W | 17.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account (rental account); Community Bank & Trust, Winder, GA (wife) | W | 0.01 |
| | | checking account; Regions Bank, Winder, GA (wife) | W | 100.00 |
| | | checking account; Wachovia Bank, Winder, GA (husband) | H | 114.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | security deposit, City of Winder, Winder, GA (wife) | W | 250.00 |
| | | security deposit, Jackson EMC, Jefferson, GA (husband) | H | 250.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | approximately four rooms of furniture plus kitchen items | J | 1,200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | assorted books and pictures | J | 15.00 |
| 6.  Wearing apparel. | | clothing and personal items | J | 350.00 |
| 7.  Furs and jewelry. | | assorted jewelry (wife) | W | 200.00 |
| | | wedding band (husband) | H | 30.00 |
| | | wedding set (wife) | W | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401-K retirement plan, held by GAF/ELK employer (husband) | H | 996.13 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                          Case No. 10-22313-REB
_____
                     Debtor(s)                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | claim for improper repossession of 2006 Ford Expedition SUV, taken after filing the bankruptcy on May 20, 2010 (wife) | J | 4,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Ford F-250 pick up truck (husband) | H | 3,500.00 |
| | | 2006 Ford Expedition SUV (wife) | W | 12,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | assorted hand tools (husband) | H | 1,000.00 |
| | | assorted ladders (husband) | H | 400.00 |
| 30. Inventory. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) – Cont.**

IN RE Lynn, James M. Jr. & Lynn, Tonya R. _____ Case No. 10-22313-REB
_____
Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | gas weedeater (husband) | H | 30.00 |
| | | push mower (husband) | H | 25.00 |

TOTAL    25,981.14

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ 0 continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/10)**

IN RE Lynn, James M. Jr. & Lynn, Tonya R.      Case No. 10-22313-REB
_____      _____
Debtor(s)                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| undeveloped lots given to Debtor numbers 2, 13, and 14 in Forest Hill Estates Subdivision, Dublin, located in Laurens County, GA (county shows a significantly higher value) | OCGA §44-13-100(a)(6) | 5,232.00 | 1,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| cash on hand (husband) | OCGA §44-13-100(a)(6) | 4.00 | 4.00 |
| cash on hand (wife) | OCGA §44-13-100(a)(6) | 17.00 | 17.00 |
| checking account (rental account); Community Bank & Trust, Winder, GA (wife) | OCGA §44-13-100(a)(6) | 0.01 | 0.01 |
| checking account; Regions Bank, Winder, GA (wife) | OCGA §44-13-100(a)(6) | 100.00 | 100.00 |
| checking account; Wachovia Bank, Winder, GA (husband) | OCGA §44-13-100(a)(6) | 114.00 | 114.00 |
| security deposit, City of Winder, Winder, GA (wife) | OCGA §44-13-100(a)(6) | 250.00 | 250.00 |
| security deposit, Jackson EMC, Jefferson, GA (husband) | OCGA §44-13-100(a)(6) | 250.00 | 250.00 |
| approximately four rooms of furniture plus kitchen items | OCGA §44-13-100(a)(4) | 1,200.00 | 1,200.00 |
| assorted books and pictures | OCGA §44-13-100(a)(4) | 15.00 | 15.00 |
| clothing and personal items | OCGA §44-13-100(a)(4) | 350.00 | 350.00 |
| assorted jewelry (wife) | OCGA §44-13-100(a)(6) | 200.00 | 200.00 |
| wedding band (husband) | OCGA §44-13-100(a)(5) | 30.00 | 30.00 |
| wedding set (wife) | OCGA §44-13-100(a)(5) | 500.00 | 1,000.00 |
| | | 500.00 | |
| 401-K retirement plan, held by GAF/ELK employer (husband) | OCGA §44-13-100(a)(2)(F) | 996.13 | 996.13 |
| claim for improper repossession of 2006 Ford Expedition SUV, taken after filing the bankruptcy on May 20, 2010 (wife) | OCGA §44-13-100(a)(6) | 2,332.99 | 4,000.00 |
| 2002 Ford F-250 pick up truck (husband) | OCGA §44-13-100(a)(3) | 3,500.00 | 3,500.00 |
| 2006 Ford Expedition SUV (wife) | OCGA §44-13-100(a)(6) | 2,200.00 | 12,500.00 |
| | OCGA §44-13-100(a)(3) | 3,500.00 | |
| assorted hand tools (husband) | OCGA §44-13-100(a)(7) | 1,000.00 | 1,000.00 |
| assorted ladders (husband) | OCGA §44-13-100(a)(7) | 400.00 | 400.00 |
| gas weedeater (husband) | OCGA §44-13-100(a)(4) | 30.00 | 30.00 |
| push mower (husband) | OCGA §44-13-100(a)(4) | 25.00 | 25.00 |

* _Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                    Case No. 10-22313-REB
_____
          Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 158179028<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA  93065-6285 | | J | Mortgage account opened 2/07; single family dwelling and approximately 5 acres of land located at 177 Jefferson Rd, Statham, Barrrow County, GA<br><br>VALUE $ 200,000.00 | | | | 273,437.00 | 73,437.00 |
| ACCOUNT NO.<br><br>Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>PO Box 5170<br>Simi Valley, CA  93062-5170 | | | Assignee or other notification for:<br>Bac Home Loans Servici<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>City Plumbing & Electric Supply Company<br>730 Ee Butler Pkwy<br>Gainesville, GA  30501-4513 | | H | judgment debt owed on account<br><br>VALUE $ 3,455.00 | | | | 14,634.54 | 11,179.54 |
| ACCOUNT NO.<br><br>Hays & Potter, P.C.<br>3310 Henderson Mill Rd Ste 203<br>Atlanta, GA  30341-4540 | | | Assignee or other notification for:<br>City Plumbing & Electric Supply Company<br><br>VALUE $ | | | | | |

_____4_____ continuation sheets attached

| | Subtotal<br>(Total of this page) | $ 288,071.54 | $ 84,616.54 |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                                Case No. 10-22313-REB
_____                                              _____
Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2914802 Community Bank & Trust PO Box 1900 Cornelia, GA 30531-7900 | | J | Installment account opened 6/09; approximately 24 acres of land; located at 177 Jefferson Rd, Statham, Barrow County, GA  VALUE $ 60,000.00 | | | | 80,769.00 | 20,769.00 |
| ACCOUNT NO. Community Bank & Trust PO Box 506 Winder, GA 30680-0506 | | J | debt owed on single family dwelling located at 413 Missi Lane, Winder, Barrow County, GA  VALUE $ 40,000.00 | | | | 90,000.00 | 50,000.00 |
| ACCOUNT NO. The Law Offices of Fitzgerald & Burruss, LLC 629 Dawsonville Hwy Ste 1500 Gainesville, GA 30501-2631 | | | Assignee or other notification for: Community Bank & Trust  VALUE $ | | | | | |
| ACCOUNT NO. Community Bank & Trust PO Box 1900 Cornelia, GA 30531-7900 | | J | debt owed on single family dwelling located at 1114 Yacht Club Rd, Hartwell, Hart County, GA  VALUE $ 140,000.00 | | | | 180,000.00 | 40,000.00 |
| ACCOUNT NO. The Law Offices of Fitzgerald & Burruss, LLC 629 Dawsonville Hwy Ste 1500 Gainesville, GA 30501-2631 | | | Assignee or other notification for: Community Bank & Trust  VALUE $ | | | | | |
| ACCOUNT NO. Community Bank & Trust PO Box 1900 Cornelia, GA 30531-7900 | | J | single family dwelling located at 23 Massey Rd, Hartwell, Hart County, GA  VALUE $ 125,000.00 | | | | 180,000.00 | 55,000.00 |

Sheet no. ___1___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ 530,769.00   $ 165,769.00

Total
(Use only on last page)   $            $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                          Case No. 10-22313-REB
_____                          _____
              Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Community Bank & Trust<br>PO Box 1900<br>Cornelia, GA  30531-7900 | | J | installment loan; 153 Foreman Dr, Athens, Clarke County, GA, Athens, Clarke County, GA<br><br>VALUE $ 79,000.00 | | | | 104,500.00 | 25,500.00 |
| ACCOUNT NO.<br><br>The Law Offices of Fitzgerald & Burruss, LLC<br>629 Dawsonville Hwy Ste 1500<br>Gainesville, GA 30501-2631 | | | Assignee or other notification for: Community Bank & Trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Community Bank & Trust<br>PO Box 1900<br>Cornelia, GA  30531-7900 | | J | installment loan; 155 Foreman Dr, Athens, Clarke County, GA<br><br>VALUE $ 80,000.00 | | | | 105,000.00 | 25,000.00 |
| ACCOUNT NO.<br><br>The Law Offices of Fitzgerald & Burruss, LLC<br>629 Dawsonville Hwy Ste 1500<br>Gainesville, GA 30501-2631 | | | Assignee or other notification for: Community Bank & Trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Community Bank & Trust<br>PO Box 1900<br>Cornelia, GA  30531-7900 | | J | installment loan, 1995 12' x 56' mobile home and approximately 2.5 acres of land located at 126 Thurmond Rd, Statham, Barrow County, GA<br><br>VALUE $ 38,000.00 | | | | 38,000.00 | |
| ACCOUNT NO.<br><br>The Law Offices of Fitzgerald & Burruss, LLC<br>629 Dawsonville Hwy Ste 1500<br>Gainesville, GA 30501-2631 | | | Assignee or other notification for: Community Bank & Trust<br><br>VALUE $ | | | | | |

Sheet no. ___2___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 247,500.00    $ 50,500.00

Total (Use only on last page) $ _____    $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07) - Cont.**

IN RE  Lynn, James M. Jr. & Lynn, Tonya R.                                                      Case No.  10-22313-REB
_____                                                      _____
Debtor(s)                                                                                       (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dalton Carpet One <br> 3690 Atlanta Hwy Ste 180 <br> Athens, GA  30606-3178 | | H | judgment debt owed on account <br><br><br> VALUE $ 3,455.00 | | | | 7,603.43 | 4,148.43 |
| ACCOUNT NO. <br><br> Devore & Johnson, Inc. <br> c/o Patrick H. Garrard, Esq. <br> PO Box 832 <br> Athens, GA  30603-0832 | | J | judgment debt owed on account <br><br><br> VALUE $ 3,455.00 | | | | 63,000.00 | 59,545.00 |
| ACCOUNT NO. <br><br> Devore & Johnson Electrical Supply, Inc. <br> c/o Patrick H. Garrard, Esq. <br> PO Box 832 <br> Athens, GA  30603-0832 | | | Assignee or other notification for: <br> Devore & Johnson, Inc. <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> E. Davison Burch <br> Blasimgame, Burch, Garrard & Ashley, P.C <br> PO Box 832 <br> Athens, GA  30603-0832 | | | Assignee or other notification for: <br> Devore & Johnson, Inc. <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> FFVA Mutual Insurance Company <br> c/o Richard F. Evins <br> PO Box 2161 <br> Woodstock, GA  30188-1375 | | H | judgment debt owed on account <br><br><br> VALUE $ 3,455.00 | | | | 4,556.00 | 1,101.00 |
| ACCOUNT NO. <br><br> Richard F. Evins, Esq. <br> PO Box 2161 <br> Woodstock, GA  30188-1375 | | | Assignee or other notification for: <br> FFVA Mutual Insurance Company <br><br><br> VALUE $ | | | | | |

Sheet no. _____3__ of ___4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | $ 75,159.43 | $ 64,794.43 |
|---|---|---|---|
| | Total <br> (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____                          _____
             Debtor(s)                                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ford Motor Credit Corporation <br> National Bankruptcy Center <br> PO Box 6275 <br> Dearborn, MI  48121-6275 | | W | installment sales contract; 2006 Ford Expedition SUV <br><br><br> VALUE $ 12,500.00 | | | | 6,800.00 | |
| ACCOUNT NO. <br><br> Ford Motor Credit Corporation <br> c/o National Bankruptcy Service Center <br> PO Box 537901 <br> Livonia, MI  48153-7901 | | | Assignee or other notification for: Ford Motor Credit Corporation <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Harbin Lumber Company, Inc. <br> 1508 Highway 29 N <br> Athens, GA  30601-1134 | | J | judgment debt owed on account <br><br><br> VALUE $ 3,455.00 | | | | 20,834.55 | 17,379.55 |
| ACCOUNT NO. <br><br> Howard H. Johnston <br> Attorney at Law <br> 3295 River Exchange Dr <br> Norcross, GA  30092-4241 | | | Assignee or other notification for: Harbin Lumber Company, Inc. <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no. _____4____ of ____4____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ 27,634.55 | $ 17,379.55 |
| Total <br> (Use only on last page) | $ 1,169,134.52 | $ 383,059.52 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Lynn, James M. Jr. & Lynn, Tonya R.</u>                    Case No. <u>10-22313-REB</u>
<div align="center">Debtor(s)</div>                                                                          <div align="right">(If known)</div>

<div align="center">

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

</div>

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                               Case No. 10-22313-REB
_____                                _____
                    Debtor(s)                                               (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | | J | 2009 possible tax debt owed | | | X | 1,250.00 | 1,250.00 | |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>PO Box 249<br>Memphis, TN  38101-0249 | | | Assignee or other notification for:<br>Internal Revenue Service | | | | | | |
| ACCOUNT NO.<br><br>United States Attorney Middle District of Georgia<br>PO Box 1702<br>Macon, GA  31202-1702 | | | Assignee or other notification for:<br>Internal Revenue Service | | | | | | |
| ACCOUNT NO.<br><br>US Department of Treasury District Director IRS<br>PO Box 1082<br>Atlanta, GA  30301-1082 | | | Assignee or other notification for:<br>Internal Revenue Service | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 1,250.00 | $ 1,250.00 | $ |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)          $ 1,250.00

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                          $ 1,250.00  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Lynn, James M. Jr. & Lynn, Tonya R.    Case No. 10-22313-REB
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ADT <br> PO Box 650485 <br> Dallas, TX 75265-0485 | | J | debt owed on account | | | | 1,912.63 |
| ACCOUNT NO. <br><br> Law Offices of Barry Serota & Associates <br> PO Box 1008 <br> Arlington Heights, IL 60006-1008 | | | Assignee or other notification for: <br> ADT | | | | |
| ACCOUNT NO. <br><br> AF Lighting <br> PO Box 2317 <br> Jacksonville, FL 32203-2317 | | J | debt owed on account | | | | 1,797.30 |
| ACCOUNT NO. <br><br> Interline Brands Inc <br> c/o GB Collects, L.L.C. <br> 145 Bradford Dr <br> West Berlin, NJ 08091-9269 | | | Assignee or other notification for: <br> AF Lighting | | | | |
| 20 continuation sheets attached | | | Subtotal <br> (Total of this page) | | | $ | 3,709.93 |
| | | | Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | |

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lynn, James M. Jr. & Lynn, Tonya R.

Debtor(s)

Case No. 10-22313-REB

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Matthews, Pierce & Lloyd, Inc.<br>830 Walker Rd Ste 12<br>Dover, DE  19904-2748 | | | Assignee or other notification for:<br>AF Lighting | | | | |
| ACCOUNT NO.<br>Arrow Exterminators<br>PO Box 98<br>Bogart, GA  30622-0098 | | J | debt owed on account | | | | 129.00 |
| ACCOUNT NO.<br>AT & T<br>PO Box 105262<br>Atlanta, GA  30348-5262 | | J | debt owed on account | | | | 656.22 |
| ACCOUNT NO.<br>Jack R. Creel & Associates<br>PO Box 801083<br>Houston, TX  77280-1083 | | | Assignee or other notification for:<br>AT & T | | | | |
| ACCOUNT NO.<br>Athens Clark Emergency Specialists LLP<br>PO Box 48298<br>Athens, GA  30604-8298 | | W | medical services | | | | 192.00 |
| ACCOUNT NO.<br>Frost-Arnett Company<br>1SDCAFA09<br>PO Box 1022<br>Wixom, MI  48393-1022 | | | Assignee or other notification for:<br>Athens Clark Emergency Specialists LLP | | | | |
| ACCOUNT NO.<br>Averitt Express<br>C/O Bonded Collection Corp<br>29 E Madison St<br>Chicago, IL  60602-4404 | | J | debt owed on account | | | | 1,800.00 |

Sheet no. __1__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,777.22

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____                    _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Averitt Express <br> c/o Bonded Collection Corporation <br> PO Box 1022 <br> Wixom, MI  48393-1022 | | | Assignee or other notification for: <br> Averitt Express | | | | |
| ACCOUNT NO. 2932 <br> Bank Of America <br> PO Box 1598 <br> Norfolk, VA  23501-1598 | | H | Revolving account opened 1/06 | | | | 5,188.00 |
| ACCOUNT NO. <br> Bac/ Fleet Bankcard <br> PO Box 26012 <br> Greensboro, NC  27420-6012 | | | Assignee or other notification for: <br> Bank Of America | | | | |
| ACCOUNT NO. <br> Bank of America <br> Attn: Billing Inquiries <br> PO Box 15026 <br> Wilmington, DE  19850-5026 | | | Assignee or other notification for: <br> Bank Of America | | | | |
| ACCOUNT NO. 8387 <br> Bank of America <br> PO Box 1598 <br> Norfolk, VA  23501-1598 | | W | Revolving account opened 3/04 | | | | 1,078.00 |
| ACCOUNT NO. <br> ALW Sourcing, LLC <br> 1804 Washington Blvd <br> Baltimore, MD  21230-1700 | | | Assignee or other notification for: <br> Bank Of America | | | | |
| ACCOUNT NO. <br> Bac/ Fleet Bankcard <br> PO Box 26012 <br> Greensboro, NC  27420-6012 | | | Assignee or other notification for: <br> Bank Of America | | | | |

Sheet no. ___2___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  6,266.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                          Case No. 10-22313-REB
_____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ers Solutions Inc<br>800 Sw 39th St<br>PO Box 9004<br>Renton, WA  98057-9004 | | | Assignee or other notification for:<br>Bank Of America | | | | |
| ACCOUNT NO.<br><br>Barnett<br>PO Box 2317<br>Jacksonville, FL  32203-2317 | | J | debt owed on account | | | | 52.59 |
| ACCOUNT NO.<br><br>Blankship Cabinets<br>156 S Harris St<br>Buford, GA  30518 | | J | debt owed on account | | | | 2,500.00 |
| ACCOUNT NO.<br><br>Blockbuster<br>c/o National Action Financial Services,<br>165 Lawrence Bell Dr Ste 100<br>Buffalo, NY  14221-7900 | | W | debt owed on account | | | | 10.69 |
| ACCOUNT NO.<br><br>Bob's Tire Service, Inc.<br>75 E Midland Ave<br>Winder, GA  30680-2352 | | J | debt owed on account | | | | 880.00 |
| ACCOUNT NO.<br><br>Bp Card Member Service<br>PO Box 15298<br>Wilmington, DE  19850-5298 | | H | credit card debt | | | | 5,494.78 |
| ACCOUNT NO.<br><br>Chase bank USA, N.A.<br>Cardmember Services<br>P.O. Box 15548<br>Wilmington, DE  19886-5548 | | | Assignee or other notification for:<br>Bp Card Member Service | | | | |

Sheet no. ___3___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   8,938.06

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                   Case No. 10-22313-REB
_____                                        _____
                Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bulbrite Industies, Inc<br>145 W Commercial Ave<br>Moonachie, NJ 07074-1704 | | J | debt owed on account | | | | 500.00 |
| ACCOUNT NO. 15281337090600026<br><br>Cach Llc<br>370 17th St Ste 5000<br>Denver, CO 80202-5690 | | W | Open account opened 6/09 | | | | 9,410.00 |
| ACCOUNT NO.<br><br>Aegis Receivables Management Inc<br>Attn: Payment Processing<br>PO Box 404<br>Fort Mill, SC 29716-0404 | | | Assignee or other notification for:<br>Cach Llc | | | | |
| ACCOUNT NO.<br><br>American Express<br>c/o Beckett and Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 | | | Assignee or other notification for:<br>Cach Llc | | | | |
| ACCOUNT NO.<br><br>American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | | | Assignee or other notification for:<br>Cach Llc | | | | |
| ACCOUNT NO.<br><br>Cach Llc<br>Attention: Bankruptcy Department<br>4340 S Monaco St 2nd Fl<br>Denver, CO 80237-3485 | | | Assignee or other notification for:<br>Cach Llc | | | | |
| ACCOUNT NO.<br><br>James A West Pc<br>C/O Michael Young<br>6380 Rogerdale Rd Ste 130<br>Houston, TX 77072-1647 | | | Assignee or other notification for:<br>Cach Llc | | | | |

Sheet no. ____4___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    9,910.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____                                      _____
Debtor(s)                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Capital One<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | | W | credit card debt | | | | 1,500.00 |
| ACCOUNT NO.<br><br>Capital 1 Bank<br>Attn: c/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA  30091-5155 | | | Assignee or other notification for: Capital One | | | | |
| ACCOUNT NO.<br><br>Frederick J. Hanna & Associates<br>1427 Roswell Rd<br>Marietta, GA  30062-3668 | | | Assignee or other notification for: Capital One | | | | |
| ACCOUNT NO.<br><br>Capital One<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | | W | credit card debt | | | | 2,000.00 |
| ACCOUNT NO.<br><br>Capital 1 Bank<br>Attn: c/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA  30091-5155 | | | Assignee or other notification for: Capital One | | | | |
| ACCOUNT NO.<br><br>Law Offices Of Mitchell N. Kay, PC<br>PO Box 9006<br>Smithtown, NY  11787-9006 | | | Assignee or other notification for: Capital One | | | | |
| ACCOUNT NO.<br><br>Capital One<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | | H | credit card debt | | | | 800.00 |

Sheet no. ___5___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 4,300.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____                                    _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CES<br>PO Box 71465<br>North Charleston, SC  29415-1465 | | J | debt owed on account | | | | 2,316.00 |
| ACCOUNT NO. 426651421149<br>Chase<br>PO Box 15298<br>Wilmington, DE  19850-5298 | | J | Revolving account opened 5/06 | | | | 5,631.00 |
| ACCOUNT NO.<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE  19886-5153 | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO. 424631513406<br>Chase<br>PO Box 15298<br>Wilmington, DE  19850-5298 | | H | Revolving account opened 6/06 | | | | 4,695.00 |
| ACCOUNT NO.<br>Capital Management Services, LP<br>726 Exchange St Ste 700<br>Buffalo, NY  14210-1464 | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO.<br>Cardmember Service<br>PO Box 15298<br>Wilmington, DE  19850-5298 | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO. 542418086145<br>Citi<br>PO Box 6500<br>Sioux Falls, SD  57117-6500 | | H | Revolving account opened 2/06 | | | | 4,948.00 |

Sheet no. ___6___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 17,590.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                        Case No. 10-22313-REB
_____                                  _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Citi Cards<br>PO Box 6077<br>Sioux Falls, SD  57117-6077 | | | Assignee or other notification for:<br>Citi | | | | |
| ACCOUNT NO.<br><br>Monarch Recovery Management, Inc.<br>10965 Decatur Rd<br>Philadelphia, PA  19154-3210 | | | Assignee or other notification for:<br>Citi | | | | |
| ACCOUNT NO.<br><br>Citi Corp Credit Services<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO  64195-0507 | | H | credit card debt | | | | 15,163.19 |
| ACCOUNT NO.<br><br>Home Depot Credit Services<br>Attn: Centralized Bankruptcy<br>PO Box 689100<br>Des Moines, IA  50368-9100 | | | Assignee or other notification for:<br>Citi Corp Credit Services | | | | |
| ACCOUNT NO.<br><br>McCarthy, Burgess & Wolff<br>26000 Cannon Rd<br>Bedford, OH  44146-1807 | | | Assignee or other notification for:<br>Citi Corp Credit Services | | | | |
| ACCOUNT NO.<br><br>City Electric Supply<br>PO Box 71465<br>North Charleston, SC  29415-1465 | | J | debt owed on account | | | | 2,316.55 |
| ACCOUNT NO.<br><br>City of Winder<br>PO Box 568<br>Winder, GA  30680-0568 | | J | debt owed on account | | | | 292.92 |

Sheet no. ___7___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  17,772.66

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                      Case No. 10-22313-REB
_____                                   _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8617561705503001<br><br>CNH Capital America LLC<br>233 Lake Ave<br>Racine, WI 53403-1015 | | H | Installment account opened 5/04 | | | | 479.00 |
| ACCOUNT NO.<br><br>CNH Capital America LLC<br>PO Box 292<br>Racine, WI 53401-0292 | | | Assignee or other notification for:<br>CNH Capital America LLC | | | | |
| ACCOUNT NO.<br><br>D & S Ltd<br>Intenational Debt Resolution Company<br>13809 Research Blvd Ste 800<br>Austin, TX 78750-1211 | | | Assignee or other notification for:<br>CNH Capital America LLC | | | | |
| ACCOUNT NO.<br><br>Connecticut Electric<br>425 Sycamore St<br>Anderson, IN 46016-1044 | | J | debt owed on account | | | | 1,800.00 |
| ACCOUNT NO. 1256182<br><br>Darnel Rcvry<br>4134 Highway 278 NE<br>Covington, GA 30014-2494 | | W | | | | | 1,296.00 |
| ACCOUNT NO.<br><br>Hart County Hospital<br>PO Box 209<br>Royston, GA 30662-0209 | | | Assignee or other notification for:<br>Darnel Rcvry | | | | |
| ACCOUNT NO.<br><br>Diamond Carpets<br>129 E May St<br>Winder, GA 30680-1918 | | H | debt owed on account | | | | 4,689.50 |

Sheet no. ___8___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | $ 8,264.50 |
|---|---|---|
|  | Total | $ |

(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____                                    _____
            Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CST Co. Incorporated<br>CST Bldg<br>PO Box 33127<br>Louisville, KY  40232-3127 | | | Assignee or other notification for:<br>Diamond Carpets | | | | |
| ACCOUNT NO.<br>Dinico Inc<br>PO Box 673562<br>Detroit, MI  48267-3562 | | J | debt owed on account | | | | 2,000.00 |
| ACCOUNT NO.<br>Dinico Inc<br>3960 Summit Rd<br>Norton, OH  44203-1052 | | | Assignee or other notification for:<br>Dinico Inc | | | | |
| ACCOUNT NO. 601100409357<br>Discover Fin Svcs Llc<br>PO Box 15316<br>Wilmington, DE  19850-5316 | | J | Revolving account opened 7/06 | | | | 3,090.00 |
| ACCOUNT NO.<br>Discovery Financial Services<br>PO Box 3008<br>New Albany, OH  43054-3008 | | | Assignee or other notification for:<br>Discover Fin Svcs Llc | | | | |
| ACCOUNT NO. 702623<br>Gemb/belk<br>PO Box 981491<br>El Paso, TX  79998-1491 | | W | Revolving account opened 8/95 | | | | 310.00 |
| ACCOUNT NO.<br>Bay Area Credit Service LLC<br>1901 W 10th St<br>Antioch, CA  94509-1380 | | | Assignee or other notification for:<br>Gemb/belk | | | | |

Sheet no. ___9___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  5,400.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                          Case No. 10-22313-REB
_____                                   _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GE MoneyBank<br>Attention: Bankruptcy Dept<br>PO Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Gemb/belk | | | | |
| ACCOUNT NO. 771413001717<br>Gemb/Sams Club<br>PO Box 981400<br>El Paso, TX  79998-1400 | | W | Revolving account opened 12/01 | | | | 1,477.00 |
| ACCOUNT NO.<br>CAC Financial Corp<br>2601 NW Expressway Ste 1000E<br>Oklahoma City, OK  73112-7238 | | | Assignee or other notification for:<br>Gemb/Sams Club | | | | |
| ACCOUNT NO.<br>NCO Financial Systems, Inc.<br>PO Box 4906<br>Trenton, NJ  08650-4906 | | | Assignee or other notification for:<br>Gemb/Sams Club | | | | |
| ACCOUNT NO.<br>Sams Club<br>Attention: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Gemb/Sams Club | | | | |
| ACCOUNT NO.<br>Sams Club<br>PO Box 530942<br>Atlanta, GA  30353-0942 | | | Assignee or other notification for:<br>Gemb/Sams Club | | | | |
| ACCOUNT NO.<br>Georgia Power Company<br>407 Cedar Creek Rd<br>Winder, GA  30680-3411 | | J | debt owed on account | | | | 1,302.12 |

Sheet no. ___10___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ 2,779.12 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                          Case No. 10-22313-REB
_____                                         _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Golden Lighting <br> 2851 Industrial Plaza Dr <br> Tallahassee, FL  32301-3501 | | J | debt owed on account | | | | 929.67 |
| ACCOUNT NO. <br> Gordon & Brown, LLP <br> 325 N Milledge Ave <br> Athens, GA  30601-3805 | | H | debt owed on account | | | | 3,077.65 |
| ACCOUNT NO. <br> Hartwell Emergency Physicians, LLC <br> PO Box 203365 <br> Houston, TX  77216-3365 | | J | medical services | | | | 339.00 |
| ACCOUNT NO. <br> Hon. Melinda W. Williams <br> Barrow County Tax Commissioner <br> 233 E Broad St Ste 121 <br> Winder, GA  30680-2292 | | J | 2009 past due property taxes on property located at 413 Missi Lane, Winder, Barrow County, GA | | | | 600.00 |
| ACCOUNT NO. <br> Hon. Nancy B. Denson <br> Clarke County Tax Commissioner <br> PO Box 1768 <br> Athens, GA  30603-1768 | | J | past due property taxes | | | | 2,411.60 |
| ACCOUNT NO. <br> Hon. Ralph H. Jackson <br> Laurens County Tax Commissioner <br> PO Box 2099 <br> Dublin, GA  31040-2099 | | J | 2008 and 2009 past due property taxes | | | | 600.00 |
| ACCOUNT NO. <br> Houseman Pest Control, Inc. <br> PO Box 1744 <br> Watkinsville, GA  30677-0035 | | W | debt owed on account | | | | 90.00 |

Sheet no. __11__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  8,047.92

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                                    Case No. 10-22313-REB
_____                                                      _____
            Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Hubert Briscoe CPA <br> PO Box 531 <br> Winder, GA  30680-0531 | | J | debt owed on account | | | | 750.00 |
| ACCOUNT NO. <br> Hy Grade Lamp Co <br> PO Box 933576 <br> Atlanta, GA  31193-3576 | | J | debt owed on account | | | | 2,500.00 |
| ACCOUNT NO. <br> Ideal Industries Inc <br> PO Box 92803 <br> Chicago, IL  60675-0001 | | J | debt owed on account | | | | 3,500.00 |
| ACCOUNT NO. <br> Interline Brands Inc <br> 801 W Bay St <br> Jacksonville, FL  32204-1605 | | H | debt owed on account | | | | 1,186.51 |
| ACCOUNT NO. <br> Intermatic Incorporated <br> c/o Murphy Lomon & Associates <br> PO Box 2206 <br> Des Plaines, IL  60017-2206 | | J | debt owed on account | | | | 1,331.14 |
| ACCOUNT NO. <br> Intermatic Incorporated <br> 14349 Collections Center Dr <br> Chicago, IL  60693-0001 | | | Assignee or other notification for: <br> Intermatic Incorporated | | | | |
| ACCOUNT NO. <br> Jackson Electric Membership Corp. <br> PO Box 38 <br> Jefferson, GA  30549-0038 | | H | debt owed on account | | | | 146.59 |

Sheet no. ___12___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 9,414.24

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                      Case No. 10-22313-REB
_____                                      _____
Debtor(s)                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jeremy Mann And Assoc. Inc<br>PO Box 195<br>Shady Dale, GA  31085-0195 | | J | debt owed on account | | | | 4,000.00 |
| ACCOUNT NO.<br>Kichler<br>PO Box 71-3233<br>Columbus, OH  43271-3233 | | J | debt owed on account | | | | 3,559.92 |
| ACCOUNT NO. 033041039052<br>Kohls/chase<br>N56W17000 Ridgewood Dr<br>Menomonee Falls, WI  53051-5660 | | W | Revolving account opened 11/01 | | | | 1,022.00 |
| ACCOUNT NO.<br>Kohls<br>Attn: Recovery<br>PO Box 3120<br>Milwaukee, WI  53201-3120 | | | Assignee or other notification for:<br>Kohls/chase | | | | |
| ACCOUNT NO.<br>Progressive Financial Services, Inc.<br>PO Box 22083<br>Tempe, AZ  85285-2083 | | | Assignee or other notification for:<br>Kohls/chase | | | | |
| ACCOUNT NO.<br>Lamar's Appliance & Funiture<br>PO Box 265<br>Bogart, GA  30622-0265 | | J | | | | | 2,000.00 |
| ACCOUNT NO.<br>Lowes  Business Accunt<br>PO Box 530970<br>Atlanta, GA  30353-0970 | | J | debt owed on account | | | | 400.00 |

Sheet no. _____13____ of _____20____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 10,981.92

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.      Case No. 10-22313-REB
        Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Allied Interstate Inc <br> 3000 Corporate Exchange Dr <br> Columbus, OH 43231-7689 | | | Assignee or other notification for: <br> Lowes Business Accunt | | | | |
| ACCOUNT NO. <br><br> GE MoneyBank <br> Attention: Bankruptcy Dept <br> PO Box 103104 <br> Roswell, GA 30076 | | | Assignee or other notification for: <br> Lowes Business Accunt | | | | |
| ACCOUNT NO. <br><br> Magbee Contractors Suppy <br> 1931 Lucile Street <br> Statham, GA 30666 | | J | debt owed on account | | | | 1,200.00 |
| ACCOUNT NO. <br><br> Marley Engineered Products LLC <br> PO Box 99124 <br> Chicago, IL 60693-9124 | | J | debt owed on account | | | | 1,200.00 |
| ACCOUNT NO. 1301421 <br><br> Merchants And Medical Ad <br> 321 Main St S <br> Tifton, GA 31794-4897 | | H | Open account opened 10/07 | | | | 79.00 |
| ACCOUNT NO. <br><br> Georgia Farm Bureau <br> c/o Merchants and Medical <br> 321 Main St S <br> Tifton, GA 31794-4897 | | | Assignee or other notification for: <br> Merchants And Medical Ad | | | | |
| ACCOUNT NO. 63005022 <br><br> Nco Fin <br> PO Box 13574 <br> Philadelphia, PA 19101 | | W | Open account opened 6/09; medical services | | | | 1,655.00 |

Sheet no.  14  of  20  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 4,134.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____                       _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Barrow Regional Medical Center <br> 316 N. Broad St <br> PO Box 688 <br> Winder, GA  30680-0688 | | | Assignee or other notification for: <br> Nco Fin | | | | |
| ACCOUNT NO. <br> NCO Financial Systems <br> 507 Prudential Rd <br> Horsham, PA  19044-2308 | | | Assignee or other notification for: <br> Nco Fin | | | | |
| ACCOUNT NO. <br> NCO Financial Systems, Inc. <br> 2665 Elizabeth Lake Rd <br> Waterford, MI  48328-3277 | | | Assignee or other notification for: <br> Nco Fin | | | | |
| ACCOUNT NO. <br> Nicor <br> PO Box 27960 <br> Albuquerque, NM  87125-7960 | | J | debt owed on account | | | | 1,000.00 |
| ACCOUNT NO. 517682 <br> Northern Leasing Systems, inc. <br> 132 W 31st St Fl 14 <br> New York, NY  10001-3406 | | W | Installment account opened 5/06 | | | | 897.00 |
| ACCOUNT NO. <br> EVO <br> 51 E Bethpage Rd <br> Plainview, NY  11803-4224 | | | Assignee or other notification for: <br> Northern Leasing Systems, inc. | | | | |
| ACCOUNT NO. <br> Northern Leasing Systems Inc <br> PO Box 7861 <br> New York, NY  10116-7861 | | | Assignee or other notification for: <br> Northern Leasing Systems, inc. | | | | |

Sheet no. ___15___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,897.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____              _____
                        Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nsi Industries Llc<br>PO Box 601831<br>Charlotte, NC  28260-1831 | | J | debt owed on account | | | | 1,200.00 |
| ACCOUNT NO.<br><br>Orbit Industries Inc<br>2100 S Figueroa St<br>Los Angeles, CA  90007-5500 | | J | debt owed on account | | | | 20,000.00 |
| ACCOUNT NO.<br><br>Pat's Bp<br>1937 Atlanta Hwy SE<br>Statham, GA  30666-1859 | | J | debt owed on account | | | | 1,200.00 |
| ACCOUNT NO.<br><br>Peoples Bank<br>71 N Broad St<br>Winder, GA  30680-1907 | | J | debt owed on account | | | | 8,000.00 |
| ACCOUNT NO.<br><br>Positive Technologies, Inc<br>PO Box 213<br>San Antonio, FL  33576-0213 | | J | debt owed on account | | | | 800.00 |
| ACCOUNT NO.<br><br>Quorum International<br>PO Box 961008<br>Fort Worth, TX  76161-0008 | | H | debt owed on account | | | | 7,849.07 |
| ACCOUNT NO.<br><br>Macey, Wilensky, Kessler & Hennings, LLC<br>230 Peachtree St NW Ste 2700<br>Atlanta, GA  30303-1561 | | | Assignee or other notification for:<br>Quorum International | | | | |

Sheet no. __16__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  39,049.07

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                              Case No. 10-22313-REB
_____                        _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | debt owed on account | | | | |
| Royal Pacific Ltd<br>C/O CCG Continental Commercial Group<br>317 S Brand Blvd<br>Glendale, CA  91204-1701 | | | | | | | 4,421.82 |
| ACCOUNT NO. | | | Assignee or other notification for:<br>Royal Pacific Ltd | | | | |
| Building Industry Credit Association<br>c/o Continental Commercial Group<br>317 S Brand Blvd<br>Glendale, CA  91204-1701 | | | | | | | |
| ACCOUNT NO. | | J | debt owed on account | | | | |
| Satco Products Inc<br>900 NW 159th Dr<br>Miami, FL  33169-5804 | | | | | | | 300.00 |
| ACCOUNT NO. | | J | debt owed on account | | | | |
| Shields Contractor Inc<br>46 Jefferson Rd<br>Statham, GA  30666-2112 | | | | | | | 500.00 |
| ACCOUNT NO. | | J | debt owed on account | | | | |
| Solid Rock Granite Intereriors<br>2493 Hartwell Hwy # 77<br>Elberton, GA  30635-3445 | | | | | | | 2,500.00 |
| ACCOUNT NO. | | W | medical services | | | | |
| St. Mary's Health Care System, Inc.<br>Patient Billing Office<br>2440 W Broad St Ste 12<br>Athens, GA  30606-3428 | | | | | | | 2,690.91 |
| ACCOUNT NO. | | | Assignee or other notification for:<br>St. Mary's Health Care System, Inc. | | | | |
| Collection Services of Athens, Inc.<br>110 Newton Bridge Rd<br>Athens, GA  30607-1163 | | | | | | | |

Sheet no. ___17___ of ___20___ continuation sheets attached to                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)  $   10,412.73

                                                                                        Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                          the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                    Case No. 10-22313-REB
_____            _____
              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Steren Electronics Intl<br>Dept 9379<br>Los Angeles, CA  90084-0001 | | J | debt owed on account | | | | 500.00 |
| ACCOUNT NO.<br>Steren Electronics International, LLC<br>1801 W. Olympic Blvd<br>Pasadena, CA  91199-0001 | | | Assignee or other notification for:<br>Steren Electronics Intl | | | | |
| ACCOUNT NO. 435237502353<br>Target N.b.<br>PO Box 673<br>Minneapolis, MN  55440-0673 | | J | Revolving account opened 3/98 | | | | 1,609.00 |
| ACCOUNT NO.<br>Craig R. Goodman Law Offices, LLP<br>PO Box 450809<br>Atlanta, GA  31145-0809 | | | Assignee or other notification for:<br>Target N.b. | | | | |
| ACCOUNT NO.<br>I.C. System, Inc.<br>444 Highway 96 E<br>PO Box 64437<br>Saint Paul, MN  55164-0437 | | | Assignee or other notification for:<br>Target N.b. | | | | |
| ACCOUNT NO.<br>Target National Bank<br>PO Box 59317<br>Minneapolis, MN  55459-0317 | | | Assignee or other notification for:<br>Target N.b. | | | | |
| ACCOUNT NO.<br>Tnb-Visa<br>PO Box 9475<br>Minneapolis, MN  55440-9475 | | | Assignee or other notification for:<br>Target N.b. | | | | |

Sheet no. ___18___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   2,109.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                      Case No. 10-22313-REB
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Jeremiah Co<br>52 Ragland Rd<br>Jackson, TN  38305-4335 | | J | debt owed on account | | | | 1,168.53 |
| ACCOUNT NO.<br><br>Trans Globe Lighting<br>28104 Witherspoon Pkwy<br>Valencia, CA  91355-4175 | | J | debt owed on account | | | | 7,136.97 |
| ACCOUNT NO.<br><br>WFBCI FBO Bel Air Lighting, Inc.<br>Debt. 6125<br>Los Angeles, CA  90084-0001 | | | Assignee or other notification for:<br>Trans Globe Lighting | | | | |
| ACCOUNT NO.<br><br>USA Ready Mix USA, LLC.<br>115 W Clinton St<br>Gray, GA  31032-5326 | | J | debt owed on account | | | | 4,638.62 |
| ACCOUNT NO.<br><br>Vaxcel International, Ltd<br>C/O American Agencies, Inc<br>PO Box 115<br>Clarendon Hills, IL  60514-0115 | | J | debt owed on account | | | | 6,000.00 |
| ACCOUNT NO.<br><br>W.T. Dunahoo & Associates<br>Land Surveyors<br>PO Box 183<br>Winder, GA  30680-0183 | | H | debt owed on account | | | | 1,523.32 |
| ACCOUNT NO.<br><br>Whitehall Village Owners Assoc<br>825 Baxter St<br>Athens, GA  30605-1111 | | J | debt owed for HOA monthly fees | | | | 5,000.00 |

Sheet no. ___19___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   25,467.44

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                          Case No. 10-22313-REB
_____                                   _____
                    Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4150860001260702<br><br>Womens Health Care Associate<br>Merchants Credit Association, Inc.<br>4110 Clemson Blvd Ste A<br>Anderson, SC  29621-1108 | | W | Open account opened 4/09; medical services | | | | 105.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___20__ of ___20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 105.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 199,325.81

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____                              _____
                    Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>Lynn, James M. Jr. & Lynn, Tonya R.</u>                                      Case No. <u>10-22313-REB</u>
                              Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE <u>Lynn, James M. Jr. & Lynn, Tonya R.</u>                    Case No. <u>10-22313-REB</u>
                 Debtor(s)                                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Son<br>Daughter<br>Son | AGE(S):<br>13<br>11<br>9<br>6 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Maintenance Tech. | Nurse |
| Name of Employer | HBP ACQUISITION LLC | Athens Regional Medical Center, Inc. |
| How long employed | 7 months | 1 months |
| Address of Employer | 1361 Alps Rd<br>Clifton, NJ 07015 | 1199 Prince Ave<br>Athens, GA 30606-2797 |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 5,630.50 | $ 1,478.79 |
| 2. Estimated monthly overtime | $ | 45.44 | $ |
| **3. SUBTOTAL** | $ | 5,675.94 | 1,478.79 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and Social Security | $ | 846.00 | $ 169.21 |
|   b. Insurance | $ | | $ |
|   c. Union dues | $ | | $ |
|   d. Other (specify)  See Schedule Attached | $ | 227.07 | $ 164.56 |
| | $ | | |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 1,073.07 | $ 333.77 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 4,602.87 | $ 1,145.02 |
| | | | |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance<br>  (Specify) | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income<br>  (Specify) | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 4,602.87 | $ 1,145.02 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

                                                          $      5,747.89

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: Debtor(s) do not reasonably expect any increase or decrease in income within the year following the date of the filing of this document.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Lynn, James M. Jr. & Lynn, Tonya R.                          Case No. 10-22313-REB
<div style="text-align:center">Debtor(s)</div>

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| 401K Retirement | 213.72 | |
| 401 K  Contributio401k Retirement | 13.35 | |
| 403-B Medical Ins | | 142.89 |
| Gift Life | | 21.67 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Lynn, James M. Jr. & Lynn, Tonya R.                    Case No. 10-22313-REB
                        Debtor(s)                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.00 |
|    a. Are real estate taxes included?   Yes ____ No ✓ | | |
|    b. Is property insurance included?   Yes ____ No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 190.00 |
|    b. Water and sewer | $ | 43.00 |
|    c. Telephone | $ | 72.00 |
|    d. Other   See Schedule Attached | $ | 207.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 1,083.25 |
| 5. Clothing | $ | 175.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 689.95 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 45.00 |
|    b. Life | $ | |
|    c. Health | $ | |
|    d. Auto | $ | 108.00 |
|    e. Other _____ | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) Car Tags & Taxes | $ | 43.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 701.00 |
|    b. Other _____ | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other   See Schedule Attached | $ | 783.33 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.           $ 5,715.53

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document: Debtor(s) does/do not reasonably expect any increase or decrease in expenditures within the year following the date of the filing of this document.

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 5,747.89 |
|    b. Average monthly expenses from Line 18 above | $ | 5,715.53 |
|    c. Monthly net income (a. minus b.) | $ | 32.36 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Lynn, James M. Jr. & Lynn, Tonya R.</u>                    Case No. <u>10-22313-REB</u>
<div align="center">Debtor(s)</div>

<div align="center">

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

</div>

Other Utilities (DEBTOR)

| | |
|---|---:|
| Natural Gas | 80.00 |
| GARBAGE | 28.00 |
| Cable and Internet | 99.00 |

Other Expenses (DEBTOR)

| | |
|---|---:|
| Cell Phone | 225.00 |
| School Supplies, Activties and Expenses | 175.00 |
| Braces Payment (Two Kids) | 200.00 |
| Child Care | 150.00 |
| Home Owner Association Dues | 33.33 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Lynn, James M. Jr. & Lynn, Tonya R.                                    Case No. 10-22313-REB
_____                          _____
Debtor(s)                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 41 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: June  3, 2010 _____    Signature: */s/ James M. Lynn, Jr.* _____
                                                        James M. Lynn, Jr.                                     Debtor

Date: June  3, 2010 _____    Signature: */s/ Tonya R. Lynn* _____
                                                        Tonya R. Lynn                                    (Joint Debtor, if any)
                                                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                       _____
                                       (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                    Case No. 10-22313-REB

Lynn, James M. Jr. & Lynn, Tonya R.                                      Chapter 7
_____
              Debtor(s)

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury —

(1) My attorney is filing on my behalf

☑ the original of or ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ * Petition | ☑ Schedule F |
| ☐ List of all Creditors | ☑ Schedule G |
| ☐ * List of 20 largest creditors | ☑ Schedule H |
| ☑ Schedule A | ☑ Schedule I |
| ☑ Schedule B | ☑ Schedule J |
| ☑ Schedule C | ☑ * Declarations Concerning Debtor's Schedules |
| ☑ Schedule D | ☑ * Statement of Financial Affairs |
| ☑ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and

Dated: June  3, 2010          Signature:            /s/ James M. Lynn, Jr.
                              Type or Print Name:   James M. Lynn, Jr.


                              Signature:            /s/ Tonya R. Lynn
                              Type or Print Name:   Tonya R. Lynn
                                                    (If Joint Debtors, Both Must Sign)

Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s)(or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Dated: June  3, 2010                                    /s/ Barry Gordon Irwin
                              Type or Print Name:       Barry Gordon Irwin
                                                        Bar Number: 384667

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/10)

<table>
<tr><td colspan="2">According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):<br><br>☐ **The presumption arises**<br>☐ **The presumption does not arise**<br>☐ **The presumption is temporarily inapplicable.**</td></tr>
</table>

In re: Lynn, James M. Jr. & Lynn, Tonya R.
_____
Debtor(s)

Case Number: 10-22313-REB
_____
(If known)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/10)

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br>a. Gross receipts — $<br>b. Ordinary and necessary business expenses — $<br>c. Business income — Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br>a. Gross receipts — $<br>b. Ordinary and necessary operating expenses — $<br>c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ ________ — Spouse $ ________ | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (04/10)**

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br> a. _____ \$_____<br> b. _____ \$_____<br><br>Total and enter on Line 10 | \$ | \$ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | \$ | \$ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | \$ | |

## Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | \$ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____    b. Enter debtor's household size: \_\_\_\_ | \$ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

## Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | \$ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br> a. _____ \$_____<br> b. _____ \$_____<br> c. _____ \$_____<br><br>Total and enter on Line 17. | \$ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | \$ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | \$ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (04/10)**

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

(Line 19B result) $

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

(Line 20B result) $

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> | | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs, Second Car</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance — $<br>b. Disability Insurance — $<br>c. Health Savings Account — $<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | | $ |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Subpart C: Deductions for Debt Payment** | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | Total: Add lines a, b and c. | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly chapter 13 plan payment. | $ |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |
| | | | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

**B22A (Official Form 22A) (Chapter 7) (04/10)**

| | Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | Part VII. ADDITIONAL EXPENSE CLAIMS | | |
|---|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | Part VIII. VERIFICATION | |
|---|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: June 3, 2010     Signature: /s/ James M. Lynn, Jr.<br>(Debtor)<br><br>Date: June 3, 2010     Signature: /s/ Tonya R. Lynn<br>(Joint Debtor, if any) | |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Georgia

IN RE:                                                                        Case No. 10-22313-REB

Lynn, James M. Jr. & Lynn, Tonya R.                                           Chapter 7
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................................... $ _____ 1,300.00

Prior to the filing of this statement I have received .............................................................. $ _____ 852.00

Balance Due .................................................................................................. $ _____ 448.00

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    NO REPRESENTATION BY THE ATTORNEY OR LAW FIRM IN ANY NON-ROUTINE CONTESTED MATTERS OR ADVERSARY PROCEEDINGS ARE INCLUDED FOR THE AMOUNT PAID.

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    NO REPRESENTATION BY THE ATTORNEY OR LAW FIRM IN ANY NON-ROUTINE CONTESTED MATTERS OR ADVERSARY PROCEEDINGS ARE INCLUDED FOR THE AMOUNT PAID.

<div style="text-align:center">

CERTIFICATION

</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| June  3, 2010 | /s/ Barry Gordon Irwin |
|---|---|
| Date | Barry Gordon Irwin 384667 |
|  | Athens Consumer Law Center, Inc. |
|  | Barry Gordon Irwin |
|  | P.O. Box 80506 |
|  | Athens, GA  30608-0506 |
|  | (706) 548-9500 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only