UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 10-22313-REB |
| | : CHAPTER: 7 |
| | : |
| TONYA R. LYNN | : |
| JAMES M. LYNN, JR. | : |
|    Debtors | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL NOTICES

BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS, CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-6 CERTIFICATES, SERIES 2007-6 (hereinafter collectively referred to as "BAC") hereby enters its appearance and the law firm of Rubin Lublin Suarez Serrano, LLC, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for BAC with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

                Lisa F. Caplan, Esq.
        Rubin Lublin Suarez Serrano, LLC
         3740 Davinci Court, Suite 100
            Norcross, GA 30092
              (888) 890-5309
           lcaplan@rubinlublin.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor.

                Respectfully submitted,

                Rubin Lublin Suarez Serrano, LLC

                By:  /s/ Lisa F. Caplan
                Lisa F. Caplan
                Georgia State Bar No. 001304

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing by depositing same in the U.S. Mail, with adequate postage affixed thereon to the said parties as follows:

Barry Gordon Irwin, Esq.
Athens Consumer Law Center, Inc.
Barry Gordon Irwin
P.O. Box 80506
Athens, GA 30608-0506

Bradley J. Patten, Trustee
Smith, Gilliam and Williams P.A.
301 Green Street, Suite 200
P.O. Box 1098
Gainesville, GA 30503

United States Trustee - Atlanta
Office of the US Trustee
75 Spring Street, SW, Suite 362
Atlanta, GA 30303


This 30th day of June, 2010

                                                /s/ Lisa F. Caplan
                                                Lisa F. Caplan
                                                Georgia State Bar No. 001304

Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court, Suite 100
Norcross, GA 30092
(888) 890-5309
lcaplan@rubinlublin.com